FILED
United States Court of Appeals
Tenth Circuit

May 31, 2011

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

| | |
|---|---|
| SERVICE CORPORATION INTERNATIONAL; SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC.; SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI Western Market Support Center, Inc.,<br><br>Petitioners,<br><br>v.<br><br>CYNTHIA DUDLEY-BARTON; RICHARD ICE; RICHARD MASON; DEANA MURPHY; SUSAN SCHMITZ,<br><br>Respondents. | No. 11-702<br>(D.C. No. 1:10-CV-03091-CMA-KLM) |

---

**ORDER GRANTING
PERMISSION TO APPEAL**

---

Before **BRISCOE,** Chief Judge, and **LUCERO,** and **O'BRIEN,** Circuit Judges.

---

This matter is before the court on a petition for leave to appeal pursuant to

28 U.S.C. § 1453 (c). Petitioners seek to appeal the district court's order of April

5, 2011 granting the respondents' motion to remand the case to state court.

Upon consideration, the petition is granted. A separate order will provide

directives to the parties.

                    Entered for the Court
                    ELISABETH SHUMAKER, Clerk of Court

by:

                    Christine Van Coney
                    Counsel to the Clerk